## Commonwealth ex rel. Jones, Appellant, *v.* Myers.

Submitted March 15, 1965. *William A. Jones,* appellant, in propria persona; no brief was submitted for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Kloiber, Appellant, *v.* Myers.

Submitted March 15, 1965.  *William Kloiber,* appellant, in propria persona; *Wardell F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.